STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

16-867
consolidated with 16-866


DENIS LLOYD HUSERS, ET AL.

VERSUS

CITY OF LAKE CHARLES, ET AL.


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NOS. 2007-1250 C/W 2006-5675
HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE

**********

PHYLLIS M. KEATY
JUDGE

**********

Court composed of John D. Saunders, Phyllis M. Keaty, and John E. Conery, Judges.



AFFIRMED.



Hunter W. Lundy
Rudie R. Soileau, Jr.
Lundy, Lundy, Soileau & South
501 Broad Street
Lake Charles, Louisiana 70601
(337) 439-0707
Counsel for Defendants/Appellees:
    Denis Lloyd Husers
    Linda Husers

**E.R. Robinson, III**
**Attorney at Law**
**125 West School Street**
**Lake Charles, Louisiana  70605**
**(337) 433-9535**
**Counsel for Defendants/Appellees:**
> **Denis Lloyd Husers**
> **Linda Husers**

**Kenneth Michael Wright**
**Kenneth Michael Wright, LLC**
**Attorney at Law**
**203 West Clarence Street**
**Lake Charles, Louisiana  70601**
**(337) 439-6930**
**Counsel for Plaintiffs/Appellants:**
> **Mukesh R. Zaveri**
> **Kailish M. Zaveri**

**James David Cain, Jr.**
**Loftin, Cain & LeBlanc, LLC**
**113 Dr. Michael DeBakey Drive**
**Lake Charles, Louisiana  70601**
**(337) 310-4300**
**Counsel for Third-Party Appellee:**
> **City of Lake Charles**

**KEATY, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Zaveri v, Husers*, 16-866 (La.App. 3 Cir. __/__/17), __So.3d __, the April 29, 2016 judgment of the trial court in favor of Denis and Linda Husers against Mukesh and Kailash Zaveri, Champion Custom Home Builders, LLC, and The City of Lake Charles (the City) is affirmed in all respects. The August 12, 2016 order denying the Motions for Judgment Notwithstanding the Verdict filed by Mukesh and Kailash Zaveri and by Denis and Linda Husers is also affirmed. The answer to appeal filed by Denis and Linda Husers is denied. All costs of this appeal are assessed against Mukesh and Kailash Zaveri.

**AFFIRMED.**